IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

T.R.P. COMPANY, INC.,
a Nevada Corporation,

       Plaintiff,

vs.                                                            No. CIV 09-0816 RB/WDS

OCuSOFT, Inc., a Texas Corporation,

       Defendant.

## FINAL ORDER

**THE COURT**, having issued a Memorandum Opinion and Order on August 31, 2009, enters this Final Order in compliance with Rule 58 of the Federal Rules of Civil Procedure. This case is dismissed with prejudice.

**IT IS SO ORDERED.**

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**